JANE RECHTWEG, an Infant, by DOROTHY C. RECHTWEG, Her Guardian ad Litem, SUE RECHTWEG, an Infant, by DOROTHY C. RECHTWEG, Her Guardian ad Litem, and NANCY RECHTWEG, an Infant, by DOROTHY C. RECHTWEG, Her Guardian ad Litem, Respondents, v. KENELMN H. EDEN and Others, Constituting

the Board of Water Commissioners of the Manhasset-Lakeville Water District in the Town of North Hempstead, Nassau County, New York, and KENELMN H. EDEN and Others, Constituting the Board of Fire Commissioners of the Manhasset-Lakeville Fire District in the Town of North Hempstead, Nassau County, New York, MANHASSET-LAKEVILLE WATER DISTRICT, MANHASSET-LAKEVILLE FIRE DISTRICT, and JOHN MORGAN, INC., Appellants, and BERNARD BEYER, Defendant.— Action to recover for personal injuries suffered by the three infant plaintiffs as a consequence of the collision of an automobile owned and operated by defendant John Morgan, Inc., with a fire truck owned and operated by defendant Manhasset-Lakeville Water District and Manhasset-Lakeville Fire District at an intersection of Northern boulevard and Wensley drive in Nassau county. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.